

# Missouri Court of Appeals
## Southern District

**APRIL 15, 2016**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.    Case No.  SD33731

      Re:    GERALD ROBERT BURGER, JR.,
            Appellant,
            vs.
            KIMBERLY D. HOPPER,
            Respondent.